UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEAN LUNDY,

Plaintiff,

v.

FEDERAL EXPRESS CORPORATION *doing business as* Fedex Express Fedex, and TISHA ONEKA WILLSON,

Defendants.

26-CV-3690 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On June 17, 2026, Defendant Federal Express Corporation filed a motion to remand to state court. Dkt. 10. Plaintiff shall file a response by July 17, 2026, indicating whether he opposes remand.

SO ORDERED.

Dated: July 13, 2026
New York, New York

Ronnie Abrams
United States District Judge