UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEAN LUNDY,

Plaintiff,

v.

FEDERAL EXPRESS CORPORATION *doing business as* Fedex Express Fedex, and TISHA ONEKA WILLSON,

Defendants.

26-CV-3690 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On June 17, 2026, Defendant Federal Express Corporation ("FedEx") filed a motion to remand to state court. *See* Dkt. 10 ("Mot."). On July 15, 2026, Plaintiff filed a declaration in support of the motion to remand, asking the Court to grant the motion. Dkt. 12 ("Decl."). In light of FedEx's representation that complete diversity is lacking and Plaintiff's consent to remand, the Court remands the case to the Supreme Court of the State of New York, County of Bronx.

SO ORDERED.

Dated: July 16, 2026
New York, New York

Ronnie Abrams
United States District Judge